UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | |
|---|---|
| DAVID F. HERNANDEZ,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,<br><br>　　　　　　Defendants. | CASE NO.: 3:15-CV-00137-RCJ-WGC<br><br>O R D E R |

　　　　The Court has considered the Report and Recommendation of United States Magistrate (ECF #15) entered on February 3, 2016, in which the Magistrate Judge recommends the Court deny Plaintiff's Motion for Remand/Reversal (ECF #10) and grant Defendant's Cross-Motion for Summary Judgment (ECF #11) and affirm the ALJ's decision. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

　　　　ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #15).

　　　　IT IS HEREBY ORDERED that Plaintiff's Motion for Remand/Reversal (ECF #10) is DENIED.

　　　　IT IS FURTHER ORDERED that Defendant's Cross-Motion for Summary Judgment (ECF #11) is GRANTED and the ALJ's decision is AFFIRMED. The Clerk of the Court shall enter judgment accordingly and close this case.

　　　　IT IS SO ORDERED this 23rd day of February, 2016.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE