AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

DAVID F. HERNANDEZ,

      Plaintiff,

V.

CAROLYN W. COLVIN, et al.,

      Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   3:15-cv-00137-RCJ-WGC

\_\_   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant's Cross-Motion for Summary Judgment (ECF #11) is **granted** and the ALJ's decision is **affirmed.**

February 23, 2016                                         **LANCE S. WILSON**
                                                                                Clerk

                                                                               /s/ K. Rusin
                                                                               Deputy Clerk